```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                       :
LAMAR BROWN, On Behalf of Himself and All Others       :
Similarly Situated,                                    :
                                                       :
                              Plaintiff,               :       22 Civ. 5893 (JPC)
                                                       :
              -v-                                      :       ORDER
                                                       :
CRICKET WIRELESS, LLC,                                 :
                                                       :
                              Defendant.               :
                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On December 6, 2022, the Court ordered the parties to file a stipulation of dismissal or status update by January 23, 2023. The parties failed to file either of these materials. If the parties have not filed their stipulation of dismissal by January 30, 2023 they shall file a status update by that date.

SO ORDERED.

Dated: January 26, 2023
       New York, New York

_____
JOHN P. CRONAN
United States District Judge