UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAMAR BROWN, on behalf of himself
and all others similarly situated,

                    Plaintiffs,

          -against-

CRICKET WIRELESS, INC.

                    Defendant.

Case No.  1:22-cv-5893

**NOTICE OF VOLUNTARY
DISMISSAL
WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and

hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or

disbursements, or attorneys' fees to any party.

Dated:    Forest Hills, New York
          March 7, 2023

                              Respectfully Submitted,

                              **/s/ Mars Khaimov**
                    By:    Mars Khaimov, Esq.
                           108-26 64th avenue, Second Floor
                           Forest Hills, New York 11375
                           Tel (929) 324-0717
                           Fax (929) 333-7774
                           Email: mars@khaimovlaw.com
                           *Attorney for Plaintiff*

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff
may file a notice of dismissal to dismiss an action without a court order
prior to the opposing party serving an answer or a motion for summary
judgment. *Accord* Fed. R. Civ. P. 41(a)(1)(B) (permitting notice of
dismissal with prejudice). Accordingly, the Clerk of Court is
respectfully directed to close this case.

SO ORDERED.
Date: March 9, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge